# Order

**Lansing, Michigan**

November 16, 2020

161911(58)

GREGORY WELLS, Personal Representative
of the ESTATE OF MICHAEL WELLS,
        Plaintiff-Appellant,

v

STATE FARM FIRE & CASUALTY
COMPANY,
        Defendant-Appellee,
and

JOSEPH NARRA,
        Defendant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161911
COA: 348135
Macomb CC: 2017-003739-NI

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply submitted on November 12, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020



Clerk